## Mary D. Hockett and Mahlon Hockett, Appellees, v. William S. Logan et al., Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Jasper county; the Hon. JAMES C. McBRIDE, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

## Statement of the Case.

Bill by Mary D. Hockett against William S. Logan and others to cancel and to remove as a cloud, a certificate of sale issued to defendants at a sale on an execution against the complainants' husband. From a decree granting the relief prayed in the bill, defendants appeal.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

A. C. ISLEY and F. C. VANSELLAR, for appellants.

FRANK T. O'HAIR and STEWART W. KINCAID, for appellees.

MR. JUSTICE THOMPSON delivered the opinion of the court.

## Abstract of the Decision.

1. FRAUDULENT CONVEYANCES, § 270*—*when conveyance from husband to wife, not fraudulent.* On bill by wife to cancel a certificate of sale issued on a sale of land under an execution against her husband, evidence *held* sufficient to support finding of chancellor that a prior conveyance of the land from husband to wife was in good faith and not voluntary.

2. APPEAL AND ERROR, § 1395*—*when findings of chancellor will not be disturbed.* Findings of a chancellor who tries a case on oral evidence will be upheld unless they are palpably erroneous.

MR. PRESIDING JUSTICE McBRIDE, having tried the case in the court below, took no part in this decision.